UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DE CARLOS FREEMAN,

    Plaintiff,

v.

UNKNOWN ROBBINS, et al.,

    Defendants.
_____/

Case No. 1:17-cv-694

HON. JANET T. NEFF

## ORDER

This is a civil action brought by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 4, 2017, recommending that Plaintiff's complaint against Defendant Oronoko Township be dismissed and that an appeal of the decision would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint against Defendant Oronoko Township is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*,

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "attempted – not known" and "unable to forward" (ECF Nos. 9).

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Dated: September 7, 2017  /s/ Janet T. Neff
JANET T. NEFF
United States District Judge