UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DE CARLOS FREEMAN,

    Plaintiff,

v.

UNKNOWN ROBBINS, et al.,

    Defendants.

_____/

Case No. 1:17-cv-694

HON. JANET T. NEFF

# ORDER

This is a civil action filed by a *pro se* litigant. Defendant Robbins filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 6, 2018, recommending that this Court grant the motion and that this action be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). For the reasons set forth in the Report and Recommendation and because this action was filed *in forma pauperis,* this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 25) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: February 28, 2018   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge